UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HOFFMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF DAVITA, INC.,<br><br>　　　　　Defendants | Case No. C 12-5350 SBA<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF THE PLAN** |

Pursuant to the stipulation of the parties, it is hereby

ORDERED that Defendant Group Long Term Disability Plan for Employees of Davita, Inc. shall be dismissed in its entirety without prejudice.

DATED: _1/2/13_____   _____*Sandra B. Armstrong*_____

　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE