UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HOFFMAN,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No: C12-5350 SBA<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM** |

The parties having stipulated and agreed, Plaintiff, Elizabeth Hoffman may have an extension of time up to and including April 1, 2013, to answer or otherwise respond to Defendant's Counterclaim.

**IT IS SO ORDERED.**

Dated: 2/12/13

_____
*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Judge

(PROPOSED) ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM