1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11   ELIZABETH HOFFMAN,                     Case No: C12-5350 SBA

12              Plaintiff,                    **ORDER RE**
                                             **STIPULATION TO EXTEND**
13                                           **TIME TO RESPOND**
14       vs.                                 **TO DEFENDANT'S**
                                             **COUNTERCLAIM**
15   HARTFORD LIFE AND ACCIDENT
     INSURANCE COMPANY,
16

17              Defendant.

18

19

20       The parties having stipulated and agreed, Plaintiff, Elizabeth Hoffman may

21   have an extension of time up to and including April 30, 2013, to answer or

22   otherwise respond to Defendant's Counterclaim.

23

24       **IT IS SO ORDERED.**

25

26   Dated: 3/21/13                  _____

27                                   Honorable Saundra B. Armstrong
                                     United States District Judge
28

(PROPOSED) ORDER RE STIPULATION TO EXTEND TIME
TO RESPOND TO COUNTERCLAIM